# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JEROLD ZWAS AND MARLA G. ZWAS,
SCOTT FERGUSON, SHERRI GRANT,
THE SHORT SALES GROUP, LLC, and
RON GRUNDY,

    Plaintiffs,

v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION and BANK OF AMERICA,
N.A.

    Defendants.

Case No.  2:12-cv-11498-NGE-DRG

Hon.  Nancy G. Edmunds

Removed from:
Circuit Court of Livingston County
Case No. 2012-26671-CH
Judge Hatty

| | |
|---|---|
| Jack B. Wolfe (P39667)<br>Attorneys for Plaintiffs<br>Wolfe Law Group, PLLC<br>24901 Northwestern Hwy., Suite 212<br>Southfield, MI  48075<br>Tel:  (248) 809-2005<br>Fax:  (248)809-9969<br>thewolfelawgroup@yahoo.com | Joseph H. Hickey (P41664)<br>Laura C. Baucus (P56932)<br>Nicole L. DiNardo (P64750)<br>Attorneys for Defendants Fannie Mae and Bank of America<br>Dykema Gossett PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304<br>Tel:  (248) 203-0700<br>Fax:  (248) 203-0763<br>jhickey@dykema.com<br>lbaucus@dykema.com<br>ndinardo@dykema.com |

## STIPULATION AND ORDER EXTENDING RESPONSE DEADLINE

This matter having come before the Court pursuant to the consent and stipulation of the parties, through their respective counsel, the parties agree more particularly as follows:

IT IS HEREBY STIPULATED AND AGREED that the time for Defendants Bank of America, N.A. and Federal National Mortgage Association to file their Response to Plaintiffs' Complaint is hereby extended 51 days, from April 10, 2012 to May 31, 2012.

IT IS SO STIPULATED AND AGREED.

        Respectfully submitted,

        WOLFE LAW GROUP, PLLC

By:  /S/ Jack B. Wolfe
      Jack B. Wolfe (P39667)
      Attorneys for Defendants-Appellants
      7071 Orchard Lake Road
      Suite 250
      West Bloomfield, MI 48322
      (248) 809-2005 (o)
      (248) 809-9969 (f)
      (248) 229-1187 (c)
      thewolfelawgroup@yahoo.com


        DYKEMA GOSSETT PLLC

By:  /S/ Nicole L. DiNardo
      Joseph H. Hickey (P41664)
      Laura C. Baucus (P56932)
      Nicole L. DiNardo (P64750)
      Attorneys for Defendants Fannie
      Mae and Bank of America
      39577 Woodward Avenue
      Suite 300
      Bloomfield Hills, MI 48304
      Tel:  (248) 203-0700
      Fax:  (248) 203-0763
      jhickey@dykema.com
      lbaucus@dykema.com
      ndinardo@dykema.com

Dated: April 6, 2012

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE•SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304

       s/Nancy G. Edmunds
       Nancy G. Edmunds
       United States District Judge

Dated: April 9, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 9, 2012, by electronic and/or ordinary mail.

       s/Carol A. Hemeyer
       Case Manager